**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NORCROSS MARINE PRODUCTS, INC.,**

      **Plaintiff,**

-vs-                                        Case No. 6:04-cv-1899-Orl-22KRS

**DAKA DEVELOPMENT, INC.; DAKA DESIGNS, LTD.; and J.C. PENNEY CORPORATION, INC.,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANTS' HEARING BRIEF FOR DISCOVERY CONFERENCE WITH THE UNITED STATES MAGISTRATE TO NARROW THE DISCOVERY TO BE PRODUCED FOR THE JUNE 17, 2005 HEARING (Doc. No. 54)**
>
> **FILED:** May 18, 2005
>
> **THEREON** it is **ORDERED** that the document is **STRICKEN.**.

By endorsed order entered on May 17, 2005, I denied the request of Defendant Daka Designs, Ltd. to file a reply brief. Doc. No. 53. Defendant Daka Designs, Ltd. has never requested, and I have never authorized, filing of an additional memorandum of law in conjunction with the discovery hearing scheduled for May 19, 2005. Accordingly, because the above-captioned document was not authorized by the Court or permitted by its rules, it will not be considered. The Clerk of Court is

directed to delete it from the file, and counsel for Daka Designs, Ltd. is directed to send its courier back to my chambers, forthwith, to retrieve the courtesy copies of the documents delivered to the Court.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties